UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
AUG 2 3 2016
[signature] CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-50112 |
| Plaintiff, | INDICTMENT |
| v. | Attempted Enticement of a Minor Using the Internet |
| RYAN LLOYD KAMMERER, | (18 U.S.C. § 2422(b)) |
| Defendant. | |

The Grand Jury charges:

On or about between August 6, 2016, and August 11, 2016, in the District of South Dakota, the defendant, Ryan Lloyd Kammerer, did use a facility and means of interstate commerce, that is, a cellular phone and computer attached to the Internet, to attempt to knowingly persuade, induce, entice, and coerce an individual who had not yet attained 18 years of age to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, rape in the fourth degree, in violation of South Dakota Codified Law § 22-22-1(5), all in violation of 18 U.S.C. § 2422(b).

A TRUE BILL:

**NAME REDACTED**
Foreperson

RANDOLPH J. SEILER
UNITED STATES ATTORNEY

By: [signature]