Request Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
### District of South Dakota
### Western Division

United States of America,

                      Plaintiff

vs.

Ryan Lloyd Kammerer,

                      Defendant

**REQUEST FOR TERMINATION OF PROBATION**

CR #: 5:16CR50112-001

     On 10/02/2017, the above-named commenced probation for a period of two years. Ryan Lloyd Kammerer is no longer in need of supervision in this case. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

Sandra K. McKee           9/17/2019
U.S. Probation/Pretrial Services Officer
U.S. Probation & Pretrial Services Office
225 S. Pierre Street, Ste 318
Pierre, SD 57501
(605)945-4653
Sandra_McKee@sdp.uscourts.gov