# UNITED STATES DISTRICT COURT
## District of South Dakota
## Western Division

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff<br><br>        vs.<br><br>Ryan Lloyd Kammerer,<br><br>                    Defendant | **ORDER FOR TERMINATION OF PROBATION**<br>CR #: 5:16CR50112-001 |

Pursuant to the Request for Termination of Probation, it is hereby

**ORDERED** that defendant is discharged from probation, and the proceedings in this case are terminated.

Dated this _____ day of _____, _____.

BY THE COURT:

_____
Jeffrey L. Viken
Chief Judge