UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>RYAN LLOYD KAMMERER,<br><br>               Defendant. | CR. 16-50112-JLV<br><br>ORDER TERMINATING PROBATION |

      Pursuant to the request for successful early termination of probation, it is

      ORDERED that defendant is discharged from probation and the proceedings in this case are terminated.

      Dated September 17, 2019.

                        BY THE COURT:

                        /s/ *Jeffrey L. Viken*
                        JEFFREY L. VIKEN
                        CHIEF JUDGE